# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**ANGELA M. JONES,**

    **Plaintiff,**

**v.**                                                                             **Case No: 5:14-cv-84-Oc-10PRL**

**IPC THE HOSPITALIST COMPANY,
INC.**

    **Defendant.**

## ORDER

This employment discrimination case is before the Court for consideration of Plaintiff's Motion for Leave to Amend the Complaint (Doc. 4).

Plaintiff initiated this case by filing a Complaint in the Fifth Judicial Circuit in and for Marion County, Florida, stating claims of employment discrimination. (Doc. 2). While the action was pending in state court, Defendant filed a motion to dismiss to substitute the proper party defendant. (Doc. 3). Also while the action was pending in state court, Plaintiff filed a Motion for Leave of Court to Amend the Complaint to allege additional facts and law, and to correct the original Complaint. (Doc. 4). On February 6, 2014, Defendant removed the action to this Court on the basis of diversity pursuant to 28 U.S.C. §§1332, 1441 and 1446. Thereafter, Defendant filed a Response (Doc. 6) stating that it does not oppose Plaintiff's motion for leave to amend.

A motion for leave to amend is governed by Rule 15(a) of the Federal Rules of Civil Procedure, which provides that leave to amend pleadings "shall be freely given when justice so requires." *See also Spanish Broadcasting System of Fla., Inc. v. Clear Channel*

- 2 -

*Communications*, Inc., 376 F.3d 1065, 1077 (11th Cir.2004)("leave to amend must be granted absent a specific, significant reason for denial").

Accordingly, upon due consideration, Plaintiff's Motion for Leave to Amend the Complaint (Doc. 4) is **GRANTED**, and counsel for Plaintiff is directed to file the Amended Complaint with the Court's CM/ECF system.  Defendant's Motion to Dismiss (Doc. 3) and/or to substitute proper party defendant is **DENIED** without prejudice.

**DONE** and **ORDERED** in Ocala, Florida on February 19, 2014.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties